

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/10

**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

VANESSA HEW
DIRECT DIAL: 212.692.1062
PERSONAL FAX: +1 212 202 6151
E-MAIL: vchew@duanemorris.com

www.duanemorris.com

October 22, 2010

**BY FACSIMILE (212) 805-7942**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
Room 1050
500 Pearl Street
New York, NY 10007-1312

RECEIVED OCT 22 2010 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

[Handwritten annotation: Denied, ask again, on a basis of a specific time, of service having actually been initiated. 10-22-10 /s/ AKH]

**RE: Audiovox Communications Corp. v. Toshiba Corporation et al.
Civil Action No.: 10 CV-4982 (AKH)**

Dear Judge Hellerstein:

Plaintiff Audiovox Communications Corp. ("Audiovox") respectfully submits this letter to provide a brief summary as to the status of this case and in support of its request for an extension of time to serve a copy of the Summons and Complaint on defendants.

As an initial matter, Audiovox and defendant Toshiba Corporation ("Toshiba"), a foreign corporation having its principal place of business in Japan, have agreed to a settlement. A stipulation dismissing Toshiba from the case will be filed within the next few weeks pursuant to a settlement agreement that was recently signed by the parties. Plaintiff Audiovox has also engaged in settlement discussions with defendant High Tech Computer Corporation ("HTC"), a foreign corporation having its principle place of business in Taiwan. Defendant HTC, through its counsel, has agreed to waive service of the Summons and Complaint in connection with the above-referenced action. Audiovox provided defendant HTC with a copy of the Complaint, a Notice of Lawsuit and Request to Waive Service of Summons, and Waiver of Service of Summons. Audiovox will file an executed copy of the Waiver of Service of Summons with the Court shortly.

Defendant Pantech & Curitel Communications ("Curitel") is a foreign corporation having a place of business in Seoul, Korea. Audiovox retained the services of Legal Language Services ("Legal Language") to serve a translated copy of the Summons and Complaint on Curitel pursuant to Fed. R. Civ. P. 4(f) and the Hague Convention on the Service Abroad of Judicial and

Hon. Alvin K. Hellerstein
October 22, 2010
Page 2

**DuaneMorris**

Extrajudicial Documents. Legal Language is currently coordinating service of the translated Summons and Complaint on Curitel through the Central Authority of Korea.

We thank Your Honor for your consideration of this request.

Very truly yours,

Vanessa C. Hew

Vanessa Hew

cc: Gregory P. Gulia, Esq.
D. Joseph English, Esq.
Ryan Hardee, Esq.

10/22/2010 12:21 Case 1:10-cv-04982-AKH Document 8 Filed 10/22/10 Page 2 of 2 ☒003/003