

**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

VANESSA C. HEW
DIRECT DIAL: 212.692.1062
E-MAIL: vchew@duanemorris.com

www.duanemorris.com

November 17, 2010

**BY FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   Audiovox Communications Corp. v. Toshiba Corp., et al.
      (Civil Action No. 10 CV 04982)(AKH)

Dear Judge Hellerstein:

    We represent the plaintiff Audiovox Communications Corp. ("Audiovox") in the above-captioned action. We hereby write to request a sixty-day adjournment of the case management conference with Your Honor, which is currently scheduled for Friday, November 19, 2010.

    As an initial matter, plaintiff Audiovox and defendant Toshiba Corp. ("Toshiba") have executed a settlement agreement in connection with the above-captioned matter and are currently in the process of finalizing details relating to the settlement of this matter. Audivox and Toshiba anticipate that they will be able to submit a Stipulation of Dismissal with respect to the claims asserted against Toshiba to the Court within the next thirty days.

    Furthermore, Audiovox and defendant High Tech Computer Corporation ("HTC"), a corporation with its principal place of business in Taiwan, are currently engaged in settlement discussions regarding the above-referenced matter. Audiovox seeks the requested adjournment so that Audiovox and HTC can focus their efforts upon reaching an amicable resolution of this matter and avoid any further expenditure of legal and/or judicial resources. Prior to making this request for an adjournment, Audiovox advised HTC that it would be seeking an adjournment of the scheduled status conference with Your Honor and HTC has not objected to this request.

    Finally, Audiovox is currently in the process of coordinating service upon defendant Pantech & Curitel Communications ("Curitel"), a foreign corporation having a place of business in Seoul, Korea, pursuant to Fed. R. Civ. P. 4(f) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. Audiovox has retained an agent, Legal Language Services ("Legal Language"), to serve a translated copy of the Summons and

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                      PHONE: 212.692.1000   FAX: 212.692.1020

# DuaneMorris

The Honorable Alvin K. Hellerstein
November 17, 2010
Page 2

Complaint on Curitel. Legal Language is currently in the process of coordinating service of the translated Summons and Complaint on Curitel through the Central Authority of Korea.

This is the second request for an adjournment of the case management conference with Your Honor. One prior request for an adjournment of the case management conference was granted by Your Honor. The requested adjournment will not affect any scheduled dates in connection with this matter.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

*Vanessa Hew*

Vanessa C. Hew


cc: Jennifer Hung, Esq. (High Tech Computer Corporation) (By E-mail)