DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
Tel. No.: (212) 692-1000
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUDIOVOX COMMUNICATIONS CORP., <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA CORPORATION, PANTECH & CURITEL COMMUNICATIONS, INC., and HIGH TECH COMPUTER CORPORATION, <br><br> Defendants. | 10-CV-4982 (AKH) <br><br> **NOTICE OF LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS** |

TO: High Tech Computer Corporation
c/o Jenny Hung
Legal Counsel
No. 23, Xinghua Rd., Taoyuan City, Taoyuan County 330 Taiwan

    A lawsuit has been commenced against High Tech Computer Corporation ("HTC"). A copy of the complaint is attached to this notice. The lawsuit has been filed in the United States District Court for the Southern District of New York and has been assigned the docket number 10-CV-4982 (AKH).

    This is not a formal summons or notification from the Court, but rather my request that you or another officer or managing or general agent, or other agent authorized by appointment or law to receive service of process on behalf of HTC, sign and return the enclosed waiver of service in order to save the costs of serving HTC with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within sixty (60) days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for HTC's records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on HTC. The action will then proceed as if HTC had been served on the date waiver is filed, except that HTC will not be obligated to answer the complaint before ninety (90) days from that date on which this notice is sent.

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, as authorized by those Rules, ask the court to require HTC to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waiver the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of plaintiff, this 15th day of October, 2010.

Duane Morris LLP

Gregory P. Gulia
gpgulia@duanemorris.com
Vanessa C. Hew
vchew@duanemorris.com
1540 Broadway
New York, New York 10036-4086
Tel. No.: (212) 692-1000

D. Joseph English
djenglish@duanemorris.com
Christopher Mahoney
cmahoney@duanemorris.com
Ryan Hardee
rthardee@duanemorris.com
505 9th Street, N.W.
Washington, D.C. 20004
Tel. No.: (202) 776-7800
*Attorneys for Plaintiff*