

RECEIVED MAY 02 2011 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

VANESSA HEW
DIRECT DIAL: +1 212 692 1062
PERSONAL FAX: +1 212 202 6151
E-MAIL: vchew@duanemorris.com

www.duanemorris.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/11

May 3, 2011

*[Handwritten notation: So Ordered. The cmc is adjourned. An amended complaint may be filed & def its reply by 5/3/11. /s/ AKHellerstein 5/4/11]*

**BY FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: 212.805.7942

Re: <u>Audiovox Communications Corp. v. Toshiba Corp., et al.</u>

Dear Judge Hellerstein:

    We represent the plaintiff Audiovox Communications Corp. ("Audiovox") in the above-captioned action. We hereby write to request a one hundred twenty-day adjournment of the case management conference with Your Honor, which is currently scheduled for Friday, May 6, 2011 and to request leave to file an amended complaint for this case.

    As an initial matter, Audiovox and defendant Toshiba Corp. ("Toshiba") have executed a settlement agreement in connection with the above-captioned matter and are currently in the process of finalizing details relating to the settlement of this matter. Audiovox and Toshiba anticipate that they will be able to submit a Stipulation of Dismissal with respect to the claims asserted against Toshiba to the Court within the next 30 days.

    Furthermore, Audiovox and defendant High Tech Computer Corporation ("HTC"), a corporation with its principal place of business in Taiwan, have substantially completed settlement negotiations and are currently in the process of finalizing minor details regarding the settlement agreement for this matter. Audiovox and HTC anticipate that they will be able to submit a Stipulation of Dismissal with respect to the claims asserted against Toshiba to the Court within the next 30 days.

    Finally, Audiovox attempted service upon defendant Pantech & Curitel Communications ("Curitel"), a foreign corporation having a place of business in Seoul, Korea, via the Central Authority in South Korea pursuant to Fed. R. Civ. P. 4(f) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. Unfortunately, Audiovox was unable

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                        PHONE: +1 212 692 1000   FAX: +1 212 692 1020

DuaneMorris

The Honorable Alvin K. Hellerstein
May 3, 2011
Page 2

to effectuate service of the complaint upon Curitel because the corporation has been dissolved under South Korean law and Pantech Co., Ltd. ("Pantech") has been named as its corporate successor. We hereby respectfully request leave from the Court to file an amended complaint naming Curitel's successor, Pantech, as a defendant in this action. Accordingly, we request a one hundred and twenty-day adjournment of this case to amend the complaint and to coordinate service upon Pantech in South Korea.

This is the first request for an adjournment of this case management conference with Your Honor. The requested adjournment will not affect any scheduled dates in connection with this matter.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

*Vanessa Hew/ecg*
Vanessa C. Hew

VCH/rtp

cc: Jennifer Hung, Esq. (High Tech Computer Corporation) (By E-mail)
Gregory P. Gulia, Esq.
D. Joseph English, Esq.
Ryan Hardee, Esq.