DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
(212) 692-1000
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AUDIOVOX COMMUNICATIONS CORP.          :
                                       :
                  Plaintiff,           :
                                       :
          -against-                    :
                                       :    **NOTICE OF APPEARANCE**
TOSHIBA CORPORATION,                   :    10-CV-4982
CURITEL COMMUNICATIONS INC., and       :    (AKH)
HIGH TECH COMPUTER CORPORATION,        :
                                       :
                  Defendants.          :
------------------------------------------------------------ X

      PLEASE TAKE NOTICE that Robert Terry Parker of the firm of Duane Morris LLP hereby appears as counsel to Audiovox Communications Corp. and requests that his name be placed on the Court's CM/ECF mailing matrix.

DATED: New York, New York          DUANE MORRIS LLP
       August 11, 2011

                                      By:  /Robert T. Parker/
                                           Gregory P. Gulia
                                           Vanessa C. Hew
                                           Robert T. Parker
                                           1540 Broadway
                                           New York, New York 10036-4086
                                           Tel. No.: (212) 692-1000
                                           Fax No.: (212) 692-1020

                                           Attorneys for Plaintiff
                                           Audiovox Communications Corp.