*[Handwritten note:] The cmt adjourned to Sep. 23, 2011, 10 a.m. /s/ AKH 8-11-11*

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

VANESSA C. HEW
DIRECT DIAL: 212.692.1067
E-MAIL: vchew@duanemorris.com

www.duanemorris.com

August 10, 2011

**BY FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312
Facsimile: 212.805.7942

*[Stamp: RECEIVED AUG 11 2011 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/12/11]*

Re: **Audiovox Communications Corp. v. Toshiba Corp., et al.
(Civil Action No. 10 CV 04982)(AKH)**

Dear Judge Hellerstein:

We represent the plaintiff Audiovox Communications Corp. ("Audiovox") in the above-captioned action. We hereby write to request a thirty-day adjournment of the case management conference with Your Honor, which is currently scheduled for Friday, August 12, 2011.

Audiovox and defendant Toshiba Corp. ("Toshiba") have executed a settlement agreement in connection with the above-captioned matter and are currently in the process of coordinating some final details relating to the settlement of this matter. Audiovox and Toshiba anticipate that these details will be finalized by the end of the week and that they will be able to submit a Stipulation of Dismissal with respect to the claims asserted against Toshiba to the Court within the next two weeks.

Furthermore, Audiovox and defendant High Tech Computer Corporation ("HTC"), have reached an agreement to settle this matter and are in the process of executing a settlement agreement. Audiovox and HTC anticipate that they will be able to finalize the settlement and submit a Stipulation of Dismissal with respect to the claims asserted against Toshiba to the Court by the end of the month.

Finally, Audiovox and defendant Pantech & Curitel Communications ("Curitel") are currently involved in active settlement negotiations to resolve this matter. In the spirit of these settlement discussions and in light of the significant time and costs involved with service of process on an international corporation, Audiovox has requested that defendant Curitel waive service. Accordingly, Audiovox requests this adjournment, so that it can clarify this issue with

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                    PHONE: 212.692.1000   FAX: 212.692.1020

# DuaneMorris

The Honorable Alvin K. Hellerstein
August 10, 2011
Page 2

counsel for Curitel. If counsel for Curitel will not agree to waive service or accept service on behalf of its clients, Audiovox will immediately proceed with service on defendant Curitel.

This is the second request for an adjournment of this case management conference with Your Honor. The requested adjournment will not affect any scheduled dates in connection with this matter.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

*Vanessa* [signature]

Vanessa C. Hew