DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
R. Terry Parker
1540 Broadway
New York, New York 10036-4086
Tel. No.: (212) 692-1000

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUDIOVOX COMMUNICATIONS CORP., <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA CORPORATION, PANTECH CO., LTD. and HIGH TECH COMPUTER CORPORATION, <br><br> Defendants. | Civil Action No. 10-cv-04982(AKH) <br><br> ECF CASE |

## NOTICE OF DISMISSAL OF TOSHIBA CORPORATION WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Audiovox Communications Corp. ("ACC"), by its undersigned counsel, Duane Morris LLP, hereby dismisses with prejudice all claims by ACC against Defendant Toshiba Corporation ("Toshiba") subject to the terms of a confidential settlement agreement entered between ACC and Toshiba. Toshiba has neither served an answer to ACC's Complaint (D.I. 1) or Amended Complaint (D.I. 14), nor served a motion for summary judgment. Toshiba has not made an appearance in this Action.

All costs and attorneys' fees relating to this litigation shall be borne by the party incurring the same.

Dated: August 18, 2011

                        Respectfully submitted,

                        DUANE MORRIS LLP

                        By: /s/ Vanessa Hew

                            Gregory P. Gulia
                            Vanessa C. Hew
                            R. Terry Parker
                            1540 Broadway
                            New York, New York 10036-4086
                            Tel. No.: (212) 692-1000
                            Fax No.: (212) 692-1020

                            D. Joseph English
                            Christopher Mahoney
                            Ryan Hardee
                            505 9th Street, N.W., Suite 1000
                            Washington, DC 20004
                            Tel. No.: (202) 776-7800
                            Fax No.: (202) 776-7801

                            ***ATTORNEYS FOR PLAINTIFF AUDIOVOX COMMUNICATIONS CORP.***