Hellerstein, J

DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
R. Terry Parker
1540 Broadway
New York, New York 10036-4086
Tel. No.: (212) 692-1000

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK




| | |
|---|---|
| AUDIOVOX COMMUNICATIONS CORP., <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA CORPORATION, PANTECH CO., LTD. and HIGH TECH COMPUTER CORPORATION, <br><br> Defendants. | Civil Action No. 10-cv-04982(AKH) <br><br> ECF CASE |

### NOTICE OF DISMISSAL OF TOSHIBA CORPORATION WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Audiovox Communications Corp. ("ACC"), by its undersigned counsel, Duane Morris LLP, hereby dismisses with prejudice all claims by ACC against Defendant Toshiba Corporation ("Toshiba") subject to the terms of a confidential settlement agreement entered between ACC and Toshiba. Toshiba has neither served an answer to ACC's Complaint (D.I. 1) or Amended Complaint (D.I. 14), nor served a motion for summary judgment. Toshiba has not made an appearance in this Action.

All costs and attorneys' fees relating to this litigation shall be borne by the party incurring the same.

Dated: August 18, 2011

                      Respectfully submitted,

                      DUANE MORRIS LLP

                      By: _/s/ Vanessa Hew_

                      Gregory P. Gulia
                      Vanessa C. Hew
                      R. Terry Parker
                      1540 Broadway
                      New York, New York 10036-4086
                      Tel. No.: (212) 692-1000
                      Fax No.: (212) 692-1020

                      D. Joseph English
                      Christopher Mahoney
                      Ryan Hardee
                      505 9th Street, N.W., Suite 1000
                      Washington, DC 20004
                      Tel. No.: (202) 776-7800
                      Fax No.: (202) 776-7801

                      *ATTORNEYS FOR PLAINTIFF AUDIOVOX COMMUNICATIONS CORP.*

SO ORDERED.

_/s/ Alvin K. Hellerstein_
U.S.D.J.
8/19/11