Case 1:10-cv-04982-AKH Document 19 Filed 09/21/11 Page 1 of 2

DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
R. Terry Parker
1540 Broadway
New York, New York 10036-4086
Tel. No.: (212) 692-1000

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AUDIOVOX COMMUNICATIONS CORP., | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 10-cv-04982(AKH) |
| TOSHIBA CORPORATION, PANTECH CO., LTD. and HIGH TECH COMPUTER CORPORATION, | ) ) ) ) ) | ECF CASE |
| Defendants. | ) ) | |

### NOTICE OF DISMISSAL OF HIGH TECH COMPUTER CORPORATION WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Audiovox Communications Corp. ("ACC"), by its undersigned counsel, Duane Morris LLP, hereby dismisses with prejudice all claims by ACC against defendant High Tech Computer Corporation ("HTC") subject to the terms of a confidential settlement agreement entered between ACC and HTC. HTC has neither served an answer to ACC's Complaint (D.I. 1) or Amended Complaint (D.I. 14), nor served a motion for summary judgment. HTC has not made an appearance in this Action.

All costs and attorneys' fees relating to this litigation shall be borne by the party incurring the same.

Dated: September 21, 2011

                              Respectfully submitted,

                              DUANE MORRIS LLP

                              By: *Vanessa Hew* (signature)

                              Gregory P. Gulia
                              Vanessa C. Hew
                              R. Terry Parker
                              1540 Broadway
                              New York, New York 10036-4086
                              Tel. No.: (212) 692-1000
                              Fax No.: (212) 692-1020

                              D. Joseph English
                              Christopher Mahoney
                              Ryan Hardee
                              505 9th Street, N.W., Suite 1000
                              Washington, DC 20004
                              Tel. No.: (202) 776-7800
                              Fax No.: (202) 776-7801

                              *ATTORNEYS FOR PLAINTIFF AUDIOVOX COMMUNICATIONS CORP.*

SO ORDERED:

*(signature)*
U.S.D.J.
9/23/11