AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| AUDIOVOX COMMUNICATIONS CORP., <br> *Plaintiff* <br> v. <br> TOSHIBA CORPORATION, et al. <br> *Defendant* | ) ) ) ) ) ) Case No. 1:10-cv-04982-AKH |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pantech Co., Ltd.

Date:    11/21/2011

*Attorney's signature*

Blaine T. Bettinger, Esq. BB-3298
*Printed name and bar number*

Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202

*Address*

bbettinger@bsk.com
*E-mail address*

(315) 218-8000
*Telephone number*

(315) 218-8100
*FAX number*