AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| AUDIOVOX COMMUNICATIONS CORP., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:10-cv-04982-AKH |
| TOSHIBA CORPORATION, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pantech Co., Ltd.

Date: 11/21/2011

*Attorney's signature*

George R. McGuire, Esq. GRM-0272
*Printed name and bar number*

Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202

*Address*

gmcguire@bsk.com
*E-mail address*

(315) 218-8000
*Telephone number*

(315) 218-8100
*FAX number*