AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| AUDIOVOX COMMUNICATIONS CORP., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:10-cv-04982-AKH |
| TOSHIBA CORPORATION, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pantech Co., Ltd.

Date:   11/21/2011

/s/Michael P. Collins
*Attorney's signature*

Michael P. Collins, Esq. MC-0906
*Printed name and bar number*

Bond, Schoeneck & King, PLLC
330 Madison Avenue, 39th Floor
New York, NY 10017-5001

*Address*

mcollins@bsk.com
*E-mail address*

(646) 253-2300
*Telephone number*

(646) 253-2301
*FAX number*