IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUDIOVOX COMMUNICATIONS CORP.,<br>                    Plaintiff,<br>        v.<br><br>TOSHIBA CORPORATION, et al.,<br>                    Defendants. | Case No. 1:10-cv-04982(AKH) |

## DEFENDANT PANTECH CO., LTD.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Pantech Co.,

Ltd. ("Pantech") by and through their undersigned counsel, hereby file the following corporate

disclosure statement:

Pantech Co., Ltd. hereby discloses that Pantech Co., Ltd., a Korean corporation, has no

parent corporation and The Korea Development Bank owns 12.52% and Qualcomm owns

10.14% of its stock.

Respectfully submitted,

Dated:  November 21, 2011

BOND, SCHOENECK & KING, PLLC

By:  __s/ George R. McGuire Esq.____
George R. McGuire, Esq. (GRM-0272)
gmcguire@bsk.com
Blaine T. Bettinger, Esq. (BTB-3298)
bbettinger@bsk.com
One Lincoln Center
Syracuse, New York 13202
Telephone:     (315) 218-8000
Facsimile:      (315) 218-8100

Michael P. Collins, Esq. (MC-0906)
mcollins@bsk.com
330 Madison Avenue, 39th Floor
New York, New York 10017
Telephone:     (646) 253-2300
Facsimile:      (646) 253-2301

H.C. PARK & ASSOCIATES, PLC

Alan A. Wright, Esq. (*pro hac vice to be filed*)
awright@park-law.com
8500 Leesburg Pike, Suite 7500
Vienna, VA  22182
Phone:          (703) 288-5105
Facsimile:      (703) 288-5139

Attorneys for Pantech Co., Ltd.