UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Audiovox Communications Corp.

               Plaintiff,

-against-

Toshiba Corp., et al.

               Defendants.

10-cv-04982 (S.D.N.Y.) – AKH
ECF CASE
MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, <u>Wayne M. Helge</u>, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for <u>Pantech Co., Ltd.</u> in the above-captioned action.

I am in good standing of the bar of the <u>Commonwealth of Virginia</u> and there are no pending disciplinary proceedings against me in any state or federal court.

               Respectfully Submitted,

Dated: 12/07/2011

               _____
               Applicant Signature

| | |
|---|---|
| Applicant's Name: | <u>Wayne M. Helge</u> |
| Firm Name: | <u>H.C. Park and Associates, PLC</u> |
| Address: | <u>8500 Leesburg Pike, Suite 7500</u> |
| City / State / Zip: | <u>Vienna, Virginia 22182</u> |
| Telephone / Fax: | <u>703-288-5105 / 703-288-5139</u> |
| E-Mail: | <u>Whelge@park-law.com</u> |



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0539

Facsimile:(804) 775-0545   TDD (804) 775-0502

December 1, 2011

Wayne Michael Helge, Esquire
Patent Department
H.C. Park & Associates
8500 Leesburg Pike
Sutie 7500
Vienna, VA  22182

RE:   Wayne Michael Helge, Esquire

Dear Mr. Helge:

    Pursuant to your request, dated November 21, 2011, and received in the Virginia State Bar Clerk's Office on November 28, 2011, I have researched the disciplinary record of Wayne Michael Helge.  This is to verify that Wayne Michael Helge is an active member of the Virginia State Bar in good standing.  Wayne Michael Helge was licensed to practice law in Virginia on October 13, 2005.  I am enclosing a Certificate of Good Standing.

    If you have any further questions, or would like to discuss this matter, please contact me at (804) 775-0573, or write to me at the above-listed address.

Sincerely,

Barbara Sayers Lanier
Clerk of the Disciplinary System

BSL/lw
Enclosure



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile:(804) 775-0501   TDD (804) 775-0502

December 1, 2011

## Certificate of Good Standing

This is to certify that Wayne Michael Helge is an active member of the Virginia State Bar in good standing, licensed to practice law in Virginia since October 13, 2005, after successfully passing the bar examination given by the Virginia Board of Bar Examiners.

The Virginia State Bar is the mandatory bar in Virginia, and all disciplinary actions against Virginia licensed attorneys are handled by this office. A careful search of the Virginia State Bar records has been made, and no record has been found of any public or private disciplinary sanction imposed upon Wayne Michael Helge for misconduct as defined by the rules of professional conduct, nor are there any pending disciplinary proceedings.

Barbara Sayers Lanier
Clerk of the Disciplinary System

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Audiovox Communications Corp.

              Plaintiff,

-against-

Toshiba Corp., et al.

              Defendants.

10-cv-04982 (S.D.N.Y.) – AKH
ECF CASE
**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Wayne M. Helge, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of Commonwealth of Virginia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Wayne M. Helge |
| Firm Name: | H.C. Park and Associates, PLC |
| Address: | 8500 Leesburg Pike, Suite 7500 |
| City / State / Zip: | Vienna, Virginia 22182 |
| Telephone / Fax: | 703-288-5105 / 703-288-5139 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Pantech Co., Ltd. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD (http://nysd.uscourts.gov/ecf_registration.php).

Dated:

                                                United States District / Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AUDIOVOX COMMUNICATIONS CORP.,

        Plaintiff,

v.

TOSHIBA CORPORATION, ET AL.,

        Defendants.

**CERTIFICATE OF SERVICE**

Civil Action No. 10-cv-04982-AKH

ECF CASE

---

      I hereby certify that on December 09, 2011, a copy of the Motion for Admission Pro Hac Vice of Wayne M. Helge, Esq., was served by first-class mail upon the following parties:

> Gregory Paul Gulia, Esq.
> Vanessa C. Hew, Esq.
> Robert Terry Parker, Esq.
> Duane Morris, LLP (NYC)
> 1540 Broadway
> New York, NY 10036-4086
>
> Christopher William Mahoney, Esq.
> Donald Joseph English, Esq.
> Ryan Terrell Hardee, Esq.
> Duane Morris LLP (DC)
> 505 9th Street, NW
> Suite 1000
> Washington, DC 20004

*Attorneys for Plaintiff Audiovox Communications Corp.*

Dated: December 09, 2011

Sworn to before me this 9th day of December, 2011

Doretta A. Incorvaia
Notary Public - State of New York
No 01IN5088690
Qualified in Dutchess County
Commission Expires November 24, 2013

1930917.1