



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/11

**DuaneMorris**

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE
MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

VANESSA C. HEW
DIRECT DIAL: +1 212 692 1062
PERSONAL FAX: +1 212 202 6151
E-MAIL: vchew@duanemorris.com

www.duanemorris.com

December 13, 2011

**BY FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312
Facsimile: (212) 805-7942

So ordered.
12/14/11
[signature]

Re: **Audiovox Communications Corp. v. Toshiba Corp., et al.
(Civil Action No. 10 CV 04982)(AKH)**

Dear Judge Hellerstein:

We represent the plaintiff Audiovox Communications Corp. ("Audiovox") in the above-captioned action. On November 21, 2011, defendant Pantech Co. Ltd. ("Pantech") filed its Answer, Affirmative Defenses, and Counterclaim to Audiovox Communications Corp.'s Amended Complaint. Audiovox's response to Pantech's Counterclaim is currently due to be filed by December 15, 2011. We hereby write to request a 21-day extension of time, until January 5, 2012, for Audiovox to respond to Pantech's Counterclaim.

This short extension is necessitated by the press of other business, will allow the parties to continue settlement discussions, and will not affect the next status conference before the Court, which is set for January 13, 2012. This is our first request for this extension, and counsel for Pantech has advised that Pantech does not object to this request.

We thank Your Honor for your consideration of this request.

Very truly yours,

Vanessa C. Hew /esp

Vanessa C. Hew

cc: Alan A. Wright (Counsel for Pantech Co., Ltd.)

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086      PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM2\3136765.1

DuaneMorris

The Honorable Alvin K. Hellerstein
December 13, 2011
Page 2

    Blaine T. Bettinger (Counsel for Pantech Co., Ltd.)