**DUANE MORRIS LLP**
Gregory P. Gulia
Vanessa C. Hew
R. Terry Parker
1540 Broadway
New York, New York 10036-4086
Tel. No.: (212) 692-1000
Fax No.: (212) 692-1020

D. Joseph English (admitted *pro hac vice*)
Christopher W. Mahoney (admitted *pro hac vice*)
Ryan Hardee (admitted *pro hac vice*)
505 9th Street, N.W., Suite 1000
Washington, DC 20004
Tel. No.: (202) 776-7800
Fax No.: (202) 776-7801

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUDIOVOX COMMUNICATIONS CORP., | |
| | Civil Action No. 1:10-cv-04982 (AKH) |
| Plaintiff, | |
| v. | ECF CASE |
| TOSHIBA CORPORATION, *et al.* | |
| Defendants. | |

**NOTICE OF MOTION TO STRIKE AFFIRMATIVE DEFENSES**

PLEASE TAKE NOTICE that, Plaintiff Audiovox Communications Corporation, by undersigned counsel and pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, hereby moves this Court to strike as insufficient the fourth, fifth and sixth affirmative defenses asserted

DM2\3142736.1

by defendant Pantech Co., Ltd. in its Answer, Affirmative Defenses, and Counterclaim filed on November 21, 2011.  The grounds for this motion are set forth in the Memorandum of Law filed herewith.

        Respectfully submitted,

        DUANE MORRIS LLP

        /s/Gregory P. Gulia
        Gregory P. Gulia
        Vanessa C. Hew
        R. Terry Parker
        1540 Broadway
        New York, New York 10036-4086
        Tel. No.: (212) 692-1000
        Fax No.: (212) 692-1020

        D. Joseph English (admitted *pro hac vice*)
        Christopher W. Mahoney(admitted *pro hac vice*)
        Ryan Hardee (admitted *pro hac vice*)
        505 9th Street, N.W., Suite 1000
        Washington, DC 20004
        Tel. No.: (202) 776-7800
        Fax No.: (202) 776-7801

Date:  December 15, 2011        *Attorneys for plaintiff*
        *Audiovox Communications Corp.*