


IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUDIOVOX COMMUNICATIONS CORP., <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA CORPORATION, PANTECH CO., LTD. and HIGH TECH COMPUTER CORPORATION, <br><br> Defendants. | Civil Action No. 10-cv-04982(AKH) <br><br> ECF CASE <br><br> STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM |

It is hereby stipulated and agreed by and between plaintiff Audiovox Communications Corp. (hereinafter, "Plaintiff") and defendant Pantech Co., Ltd. ("Pantech"), through their respective counsel, that the time for Plaintiff to answer or otherwise respond to Defendant Pantech Co., Ltd.'s Answer, Affirmative Defenses, and Counterclaim to Audiovox Communications Corp.'s Amended Complaint ("Pantech's Counterclaim") is hereby extended through and including January 5, 2012. This is the first stipulated request for an extension of Plaintiff's time to respond to Pantech's Counterclaim, the original deadline for which was December 15, 2011. Counsel for Pantech does not object to Plaintiff's request. This extension will not affect the next status conference before the Court, which is set for January 13, 2012.

| DUANE MORRIS LLP | BOND, SCHOENECK & KING, PLLC |
|---|---|
| Date: December 13, 2011 | Date: December 14, 2011 |
| *signature* | *signature* |
| Gregory P. Gulia<br>Vanessa C. Hew<br>R. Terry Parker<br>1540 Broadway<br>New York, New York 10036-4086<br>Tel. No.: (212) 692-1000<br>Fax No.: (212) 692-1020 | George R. McGuire, Esq. (GRM-0272)<br>Email: gmcguire@bsk.com<br>Blaine T. Bettinger, Esq. (BTB-3298)<br>One Lincoln Center<br>Syracuse, New York 13202<br>Telephone: (315) 218-8000<br>Facsimile: (315) 218-8100 |
| D. Joseph English<br>Christopher Mahoney<br>Ryan Hardee<br>505 9th Street, N.W., Suite 1000<br>Washington, DC 20004<br>Tel. No.: (202) 776-7800<br>Fax No.: (202) 776-7801 | Michael P. Collins, Esq. (MC-0906)<br>Email: mcollins@bsk.com<br>330 Madison Avenue, 39th Floor<br>New York, New York 10017<br>Telephone: (646) 253-2300<br>Facsimile: (646) 253-2301 |
| *Attorneys for plaintiff*<br>*Audiovox Communications Corp.* | H.C. PARK & ASSOCIATES, PLC<br>Alan A. Wright, Esq. (*pro hac vice*)<br>Email: awright@park-law.com<br>8500 Leesburg Pike, Suite 7500<br>Vienna, VA 22182<br>Phone: (703) 288-5105<br>Facsimile: (703) 288-5139 |
|  | *Attorneys for Defendant*<br>*Pantech Co., Ltd.* |

SO ORDERED this ___19___ day of December, 2011:

*signature*

Honorable Alvin K. Hellerstein
United States District Judge

2