UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Audiovox Communications Corp.

      Plaintiff,

-against-

Toshiba Corp., et al.

      Defendants.

10-cv-04982 (S.D.N.Y.) – AKH
ECF CASE

MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, <u>Alan A. Wright</u>, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for <u>Pantech Co., Ltd.</u> in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of <u>New York, District of Columbia and Virginia</u> and there are no pending disciplinary proceedings against me in any state or federal court.

Respectfully Submitted,

Dated: 12/21/11

_____
Applicant Signature

| | |
|---|---|
| Applicant's Name: | Alan A. Wright |
| Firm Name: | H.C. Park and Associates, PLC |
| Address: | 8500 Leesburg Pike, Suite 7500 |
| City / State / Zip: | Vienna, Virginia 22182 |
| Telephone / Fax: | 703-288-5105 / 703-288-5139 |
| E-Mail: | awright@park-law.com |



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Alan Arthur Wright

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **23rd day of January, 1996**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this 12th day of December, 2011.



*Robert D. Mayberger*
Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### ALAN A. WRIGHT

was on the 3RD day of MARCH, 1997 duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 13, 2011.
>
> JULIO A. CASTILLO
> Clerk of the Court
>
> By: _____
> Deputy Clerk



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0539

Facsimile (804) 775-0545   TDD (804) 775-0502

December 13, 2011

Alan Arthur Wright, Esquire
Patent Department
H.C. Park & Associates
8500 Leesburg Pike
Suite 7500
Vienna, VA  22182

RE:   Alan Arthur Wright, Esquire

Dear Mr. Wright:

Pursuant to your request, dated December 9, 2011, and received in the Virginia State Bar Clerk's Office on December 12, 2011, I have researched the disciplinary record of Alan Arthur Wright.  This is to verify that Alan Arthur Wright is an active member of the Virginia State Bar in good standing.  Alan Arthur Wright was licensed to practice law in Virginia on September 5, 2001.  I am enclosing a Certificate of Good Standing.

If you have any further questions, or would like to discuss this matter, please contact me at (804) 775-0573, or write to me at the above-listed address.

Sincerely,

Barbara Sayers Lanier
Clerk of the Disciplinary System

BSL/lw
Enclosure



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile:(804) 775-0501   TDD (804) 775-0502

December 13, 2011

## Certificate of Good Standing

This is to certify that Alan Arthur Wright is an active member of the Virginia State Bar in good standing, licensed to practice law in Virginia since September 5, 2001, after successfully passing the bar examination given by the Virginia Board of Bar Examiners.

The Virginia State Bar is the mandatory bar in Virginia, and all disciplinary actions against Virginia licensed attorneys are handled by this office. A careful search of the Virginia State Bar records has been made, and no record has been found of any public or private disciplinary sanction imposed upon Alan Arthur Wright for misconduct as defined by the rules of professional conduct, nor are there any pending disciplinary proceedings.

_Barbara S. Lanier_
Barbara Sayers Lanier
Clerk of the Disciplinary System

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Audiovox Communications Corp.

               Plaintiff,

-against

Toshiba Corp., et al.

               Defendants.

10-cv-04982 (S.D.N.Y.) – AKH
ECF CASE
**ORDER FOR ADMISSION
PRO HAC VICE**

    The motion of <u>Alan A. Wright</u>, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bars of the states of <u>New York, District of Columbia and Virginia</u>; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | <u>Alan A. Wright</u> |
| Firm Name: | <u>H.C. Park and Associates, PLC</u> |
| Address: | <u>8500 Leesburg Pike, Suite 7500</u> |
| City / State / Zip: | <u>Vienna, Virginia 22182</u> |
| Telephone / Fax: | <u>703-288-5105 / 703-288-5139</u> |

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>Pantech Co., Ltd.</u> in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD</u> (http://nysd.uscourts.gov/ecf_registration.php).

Dated:

                                                                 United States District / Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AUDIOVOX COMMUNICATIONS CORP.,

    Plaintiff,

  v.

TOSHIBA CORPORATION, ET AL.,

    Defendants.

**CERTIFICATE OF SERVICE**

Civil Action No. 10-cv-04982-AKH

ECF CASE

---

  I hereby certify that on December 22, 2011, a copy of the Motion for Admission Pro Hac Vice of Alan A. Wright, Esq., was served by first-class mail upon the following parties:

    Gregory Paul Gulia, Esq.
    Vanessa C. Hew, Esq.
    Robert Terry Parker, Esq.
    Duane Morris, LLP (NYC)
    1540 Broadway
    New York, NY 10036-4086

    Christopher William Mahoney, Esq.
    Donald Joseph English, Esq.
    Ryan Terrell Hardee, Esq.
    Duane Morris LLP (DC)
    505 9th Street, NW
    Suite 1000
    Washington, DC 20004

    *Attorneys for Plaintiff Audiovox Communications Corp.*

Dated: December 12, 2011

            _____
            John Carrasco

*Sworn to before me this 22nd day of December, 2011.*

Doretta A. Incorvala
Notary Public - State of New York
No 01IN5088690
Qualified in Dutchess County
Commission Expires

1936270.1