UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Audiovox Communications Corp.

        Plaintiff,

10-cv-04982 (S.D.N.Y.)

-against-

**ORDER FOR ADMISSION
PRO HAC VICE**

Toshiba Corp., et al.

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/12

The motion of Alan A. Wright, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of New York, District of Columbia and Virginia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Alan A. Wright |
| Firm Name: | H.C. Park and Associates, PLC |
| Address: | 8500 Leesburg Pike, Suite 7500 |
| City / State / Zip: | Vienna, Virginia 22182 |
| Telephone / Fax: | 703-288-5105 / 703-288-5139 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Pantech Co., Ltd. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD (http://nysd.uscourts.gov/ecf_registration.php).

Dated: Jan. 10, 2012

_____
United States District / Magistrate Judge