Hellerstein, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AUDIOVOX COMMUNICATIONS CORP.,

        Plaintiff,

v.

PANTECH CO., LTD.

        Defendant.

Civil Action No. 10-cv-04982(AKH)

ECF CASE

RECEIVED JAN 20 2012 CHAMBERS ALVIN K. HELLERSTEIN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/12

## STIPULATION CONFORMING CASE CAPTION

Pursuant to the Court's directive, the parties hereby stipulate and agree that in order to reflect accurately the entities that remain parties in this matter, the case caption shall be designated as set forth above.

DUANE MORRIS LLP

By: _____
Vanessa C. Hew
VCHew@duanemorris.com
Gregory P. Gulia
GPGulia@duanemorris.com
R. Terry Parker
tparker@duanemorris.com
1540 Broadway
New York, New York 10036-4086
Tel. No.: (212) 692-1000
Fax No.: (212) 692-1020

DM ADMIN\2264022.1

D. Joseph English (admitted *pro hac vice*)
DJEnglish@duanemorris.com
Christopher W. Mahoney (admitted *pro hac vice*)
CMahoney@duanemorris.com
Ryan Hardee (admitted *pro hac vice*)
RTHardee@duanemorris.com
505 9th Street, N.W., Suite 1000
Washington, DC 20004
Tel. No.: (202) 776-7800
Fax No.: (202) 776-7801

Attorneys for Plaintiff
Audiovox Communications Corp.

H.C. PARK & ASSOCIATES, PLC

By: /s/ Wayne M. Helge
Wayne Michael Helge (admitted *pro hac vice*)
whelge@park-law.com
Alan A. Wright (admitted *pro hac vice*)
awright@park-law.com
8500 Leesburg Pike, Suite 7500
Vienna, VA 22182
Tel. No.: (703) 288-5105
Fax No. (703) 288-5139

BOND, SCHOENECK & KING, PLLC
George R. McGuire
gmcguire@bsk.com
Blaine T. Bettinger
bbettinger@bsk.com
One Lincoln Center
Syracuse, New York 13202
Tel. No.: (315) 218-8000
Fax No.: (315) 218-8100

Michael P. Collins
mcollins@bsk.com
330 Madison Avenue, 39th Floor
New York, New York 10017
Tel. No.: (646) 253-2300
Fax No.: (646) 253-2301

Attorneys for Defendant
Pantech Co., Ltd.

Dated: January 19, 2012

SO ORDERED:

/s/ [signature]
U.S.D.J.
1/23/12