USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Audiovox Communications Corp.

        Plaintiff,

- against -

Pantech Co., Ltd.

        Defendant.

------------------------------------------------------------x

1:10-cv-04982 (AKH)

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on June 25, 2010 with the filing of Plaintiff's complaint, where a copy of the Defendant's Counterclaim was served on Plaintiff counsel of record using the Court's CM/ECF System on January 4, 2012, and proof of such service thereof was also filed on January 4, 2012.

I further certify that the docket entries indicate that the plaintiff has not filed an answer or otherwise moved with respect to Defendant's Counterclaim herein. The default of the Plaintiff is hereby noted.

Dated: January 24, 2012

                              RUBY J. KRAJICK
                              Clerk of Court

                By: _____
                        Deputy Clerk