UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUDIOVOX COMMUNICATIONS CORP., <br><br> Plaintiff, <br><br> v. <br><br> PANTECH CO., LTD., <br><br> Defendant. | Case No. 1:10-cv-04982(AKH) <br><br> NOTICE OF MOTION FOR DEFAULT JUDGMENT ON COUNTERCLAIM OF PANTECH, CO., LTD. <br><br> ECF CASE |

### DEFENDANT PANTECH CO., LTD.'S NOTICE OF MOTION FOR DEFAULT JUDGMENT ON COUNTERCLAIM

PLEASE TAKE NOTICE that Defendant Pantech Co., Ltd. ("Pantech"), by undersigned counsel and pursuant to Federal Rule of Civil Procedure 55(b)(2), hereby moves this Court to enter a Default Judgment against Plaintiff Audiovox Communications Corporation ("Plaintiff") on Pantech's Counterclaim as presented in its First Amended Answer, Affirmative Defenses, and Counterclaim, which was filed on January 4, 2012, in response to Plaintiff's Amended Complaint For Patent Infringement ("Complaint"). Attached, per Local Civil Rule 55.2(b) and the SDNY Electronic Case Filing Rules & Instructions R. 16.2, are the following exhibits:

1. the signed Clerk's certificate of default issued January 24, 2012,
2. a copy of Pantech's First Amended Answer, Affirmative Defenses, and Counterclaim, and the CM/ECF filing receipt, and
3. a proposed form of the default judgment.

Also filed herewith are the Affidavit in Support of Pantech's Request for Certificate of Default, executed by Wayne M. Helge and dated January 24, 2012, and Pantech's Memorandum of Law in Support of Pantech's Motion for Default Judgment.

Dated this 24th day of January 2012.

H.C. PARK & ASSOCIATES, PLC

By:     /s/ Wayne M. Helge Esq.
Wayne M. Helge, Esq. (*pro hac vice*)
whelge@park-law.com
Alan A. Wright (*pro hac vice*)
awright@park-law.com
8500 Leesburg Pike, Suite 7500
Vienna, VA  22182
Telephone:     (703) 288-5105
Facsimile:      (703) 288-5139


BOND, SCHOENECK & KING, PLLC

George R. McGuire, Esq. (GRM-0272)
gmcguire@bsk.com
Blaine T. Bettinger, Esq. (BTB-3298)
bbettinger@bsk.com
One Lincoln Center
Syracuse, NY  13202
Telephone:     (315) 218-8000
Facsimile:      (315) 218-8100

Michael P. Collins, Esq. (MC-0906)
mcollins@bsk.com
330 Madison Avenue, 39th Floor
New York, New York 10017
Telephone:     (646) 253-2300
Facsimile:      (646) 253-2301

Attorneys for Pantech Co., Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of **DEFENDANT PANTECH CO., LTD.'S NOTICE OF MOTION FOR DEFAULT JUDGMENT ON ITS COUNTERLCAIM AGAINST PLAINTIFF,** its **AFFIDAVIT OF WAYNE M. HELGE IN SUPPORT OF DEFENDANT PANTECH CO., LTD.'S REQUEST FOR CERTIFICATE OF DEFAULT ON COUNTERCLAIM**, and its **MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT ON ITS COUNTERLCAIM** were filed electronically and served on January 24, 2012 via the Court's CM/ECF system, through which all counsel of record who are deemed to have consented to electronic service are being served.  Copies thereof are also being sent via Federal Express to Plaintiff's counsel of record.

/s/ Wayne M. Helge
H.C. PARK & ASSOCIATES, PLC

Attorneys for Pantech Co., Ltd.