UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUDIOVOX COMMUNICATIONS CORP., <br><br> Plaintiff, <br><br> v. <br><br><br> PANTECH CO., LTD., <br><br> Defendant. | Case No. 1:10-cv-04982(AKH) <br><br> DECLARATION OF WAYNE M. HELGE IN SUPPORT OF MOTION FOR DEFAULT ON COUNTERCLAIM OF PANTECH, CO., LTD. <br><br> ECF CASE |

**DECLARATION OF WAYNE M. HELGE IN SUPPORT OF DEFENDANT PANTECH CO., LTD.'S MOTION FOR DEFAULT ON COUNTERCLAIM**

I, Wayne M. Helge, declare:

1. I am an attorney with H.C. Park & Associates, PLC in Vienna, Virginia, and counsel for Defendant Pantech Co., Ltd. ("Pantech"). I am admitted to practice in the commonwealth of Virginia, and this Court has granted my application for admission *pro hac vice* to this Court for this matter. I have personal knowledge of the facts set forth in this declaration, and could and would competently testify thereto under oath if called as a witness.

2. Attached hereto as Exhibit A is a true and correct copy of the Notice of Electronic Filing for Document Number 40 from this action's Docket Report, showing Proof of Service of the Notice of Motion for Default Judgment by Pantech Co., Ltd. on Plaintiff's counsel of record.

3. Attached hereto as Exhibit B is a true and correct copy of the Notice of Electronic Filing for Document Number 41 from this action's Docket Report, showing Proof of Service of the Memorandum of Law in Support of

    the Motion for Default Judgment by Pantech Co., Ltd. on Plaintiff's counsel of record.

4. Attached hereto as Exhibit C is a true and correct copy of the Federal Express packages containing the Notice of Motion and Memorandum of Law, along with all exhibits, sent out to Plaintiff's counsel of record on this date.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 24th day of January 2012, in Vienna, Virginia.

            H.C. PARK & ASSOCIATES, PLC

            By:  /s/ Wayne M. Helge Esq.
            Wayne M. Helge, Esq. (*pro hac vice*)
            whelge@park-law.com
            8500 Leesburg Pike, Suite 7500
            Vienna, VA  22182
            Telephone: (703) 288-5105
            Facsimile: (703) 288-5139