**DUANE MORRIS LLP**
Gregory P. Gulia
Vanessa C. Hew
R. Terry Parker
1540 Broadway
New York, New York 10036-4086
Tel. No.: (212) 692-1000
Fax No.: (212) 692-1020

D. Joseph English (admitted *pro hac vice*)
Christopher W. Mahoney (admitted *pro hac vice*)
Ryan Hardee (admitted *pro hac vice*)
505 9th Street, N.W., Suite 1000
Washington, DC 20004
Tel. No.: (202) 776-7800
Fax No.: (202) 776-7801

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUDIOVOX COMMUNICATIONS CORP., | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 10-cv-04982(AKH) |
| PANTECH CO., LTD. | )<br>) ECF CASE |
| Defendant. | )<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF MOTION TO SET ASIDE DEFAULT ON COUNTERCLAIM OF PANTECH CO., LTD. AND FOR LEAVE TO FILE MOTION TO DISMISS AMENDED COUNTERCLAIM**

Plaintiff Audiovox Communications Corp. ("Audiovox"), by undersigned counsel, and pursuant to Rules 6(b) and 55(c) of the Federal Rules of Civil Procedure, hereby moves this Court to set aside the default entered by the Clerk of Court on the amended counterclaim of

defendant Pantech Co., Ltd.'s ("Pantech"), and for leave to file the motion to dismiss the amended counterclaim, attached as Exhibit 1 to the Declaration of R. Terry Parker in Support of Plaintiff's Motion to Set Aside Default on Counterclaim of Pantech Co., Ltd. and for Leave to File Motion to Dismiss Amended Counterclaim.  The grounds in support of this motion are set forth in the accompanying Memorandum of Law.

    Respectfully submitted,

    DUANE MORRIS LLP

    /s/Gregory P. Gulia
    Gregory P. Gulia
    Vanessa C. Hew
    R. Terry Parker
    1540 Broadway
    New York, New York 10036-4086
    Tel. No.: (212) 692-1000
    Fax No.: (212) 692-1020

    D. Joseph English (admitted *pro hac vice*)
    Christopher W. Mahoney(admitted *pro hac vice*)
    Ryan Hardee (admitted *pro hac vice*)
    505 9th Street, N.W., Suite 1000
    Washington, DC 20004
    Tel. No.: (202) 776-7800
    Fax No.: (202) 776-7801

Date:  January 24, 2012    *Attorneys for plaintiff*
    *Audiovox Communications Corp.*

3

**CERTIFICATE OF SERVICE**

      I hereby certify on this 24th day of January 2012 that I cause the foregoing PLAINTIFF'S NOTICE OF MOTION TO SET ASIDE DEFAULT ON COUNTERCLAIM OF PANTECH CO., LTD. AND FOR LEAVE TO FILE MOTION TO DISMISS AMENDED COUNTERCLAIM to be electronically filed with the Clerk of the Court using the CM/ECF system by which notification of such filing will be sent to all counsel of record.

                                                                             s/ R. Terry Parker

DM2\3198488.1