UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUDIOVOX COMMUNICATIONS CORP.,<br><br>       Plaintiff,<br><br>   v.<br><br>PANTECH CO., LTD.,<br><br>       Defendant. | Case No. 1:10-cv-04982(AKH)<br><br>REQUEST FOR CLERK OF THE COURT TO ISSUE CERTIFICATE OF DEFAULT ON COUNTERCLAIM OF PANTECH, CO., LTD.<br><br>ECF CASE |

## DEFENDANT PANTECH CO., LTD.'S REQUEST FOR CLERK OF THE COURT TO ISSUE CERTIFICATE OF DEFAULT ON COUNTERCLAIM

     Defendant Pantech Co., Ltd. ("Pantech"), by undersigned counsel and pursuant to Federal Rule of Civil Procedure 55(a), Local Civil Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, and upon the Affidavit of Wayne M. Helge attached hereto, hereby requests the Clerk of Court to issue a Certificate of Default against Plaintiff Audiovox Communications Corporation ("Plaintiff") on Pantech's Counterclaim. Pantech's Counterclaim is presented in its First Amended Answer, Affirmative Defenses, and Counterclaim, filed on January 4, 2012.

Dated this 24th day of January 2012.	H.C. PARK & ASSOCIATES, PLC

                                                    By:   /s/ Wayne M. Helge Esq.
                                                    Wayne M. Helge, Esq. (*pro hac vice*)
                                                    whelge@park-law.com
                                                    Alan A. Wright (*pro hac vice*)
                                                    awright@park-law.com
                                                    8500 Leesburg Pike, Suite 7500
                                                    Vienna, VA  22182
                                                    Telephone:     (703) 288-5105
                                                    Facsimile:      (703) 288-5139

BOND, SCHOENECK & KING, PLLC

George R. McGuire, Esq. (GRM-0272)
gmcguire@bsk.com
Blaine T. Bettinger, Esq. (BTB-3298)
bbettinger@bsk.com
One Lincoln Center
Syracuse, NY  13202
Telephone:     (315) 218-8000
Facsimile:     (315) 218-8100

Michael P. Collins, Esq. (MC-0906)
mcollins@bsk.com
330 Madison Avenue, 39th Floor
New York, New York 10017
Telephone:     (646) 253-2300
Facsimile:     (646) 253-2301

Attorneys for Pantech Co., Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of **DEFENDANT PANTECH CO., LTD.'S REQUEST FOR CLERK OF THE COURT TO ISSUE CERTIFICATE OF DEFAULT ON COUNTERLCAIM** and the **AFFIDAVT OF WAYNE M. HELGE IN SUPPORT OF DEFENDANT PANTECH CO., LTD.'S REQUEST FOR CERTIFICATE OF DEFAULT ON COUNTERCLAIM** were filed electronically and served on January 24, 2012 via the Court's CM/ECF system, through which all counsel of record who are deemed to have consented to electronic service are being served.

/s/ Wayne M. Helge _____
H.C. PARK & ASSOCIATES, PLC

Attorneys for Pantech Co., Ltd.