UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUDIOVOX COMMUNICATIONS CORP., <br><br> Plaintiff, <br><br> v. <br><br> PANTECH CO., LTD., <br><br> Defendant. | Case No. 1:10-cv-04982(AKH) <br><br> AFFIDAVIT OF WAYNE M. HELGE FOR CERTIFICATE OF DEFAULT ON COUNTERCLAIM OF PANTECH, CO., LTD. <br><br> ECF CASE |

### AFFIDAVT OF WAYNE M. HELGE IN SUPPORT OF DEFENDANT PANTECH CO., LTD.'S REQUEST FOR CERTIFICATE OF DEFAULT ON COUNTERCLAIM

I, Wayne M. Helge, being duly sworn, depose and say:

1. I am an attorney with H.C. Park & Associates, PLC in Vienna, Virginia, and counsel for Defendant Pantech Co., Ltd. ("Pantech"). I am admitted to practice in the commonwealth of Virginia, and this Court has granted my application for admission *pro hac vice* to this Court for this matter. I have personal knowledge of the facts set forth in this affidavit, and could and would competently testify thereto under oath if called as a witness.

2. I make the affidavit pursuant to Local Civil Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of Defendant Pantech's request for a certificate of default and application for the entry of a default judgment on Pantech's Counterclaim against Plaintiff Audiovox Communications Corporation ("Audiovox").

3. This is a Counterclaim to recover compensatory damages owed to Pantech by Plaintiff Audiovox for breach of contract. Pantech requests an accounting

of said compensatory damages through post-judgment discovery upon the Court's permission.

4. Jurisdiction of the subject matter of this action is based on diversity jurisdiction.

5. Plaintiff Audiovox Communications Corporation is not an infant, in the military, or an incompetent person.

6. Plaintiff Audiovox filed its Amended Complaint on May 20, 2011. Pantech waived service requirements, and filed its Answer, Affirmative Defenses, and Counterclaim on November 21, 2011 upon agreement of Pantech and Audiovox. On December 15, 2011, Audiovox moved to strike Pantech's Fourth, Fifth, and Sixth Affirmative Defenses. By stipulation and Court Order, Audiovox's time to respond to Pantech's Counterclaim was set to January 5, 2012.

7. On behalf of Defendant, I filed Pantech's Counterclaim for breach of contract against Plaintiff as part of Pantech's First Amended Answer, Affirmative Defenses, and Counterclaim. Pantech's First Amended Answer, Affirmative Defenses, and Counterclaim were filed as a matter of right under F.R.C.P. 15(a)(1)(B) using this Court's CM/ECF system as Document Number 34 on January 4, 2012.

8. Attached is a true and accurate copy of the Court's Notice of Electronic Filing for Document Number 34, which shows that Notice of Pantech's First Amended Answer, Affirmative Defenses, and Counterclaim was electronically served on counsel appearing in this action for Plaintiff Audiovox Communications Corporation who are registered to receive notice of service through CM/ECF.


9. Under F.R.C.P. 15(a)(3), Plaintiff's answer to Pantech's Counterclaim "must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later."

10. As of January 24, 2012, Audiovox has not answered Pantech's Counterclaim and the time for Audiovox to answer the Counterclaim has expired.

WHEREFORE, Defendant Pantech requests the entry of Default against Plaintiff Audiovox.

Dated this 24th day of January 2012, in Vienna, Virginia.

H.C. PARK & ASSOCIATES, PLC

By _____
Wayne M. Helge, Esq. (*pro hac vice*)
whelge@park-law.com
8500 Leesburg Pike, Suite 7500
Vienna, VA  22182
Telephone:  (703) 288-5105
Facsimile:   (703) 288-5139

Sworn to before me this 24th day of January, 2012.

_____  ID# 7034934
Notary Public

# EXHIBIT

**Wayne Helge**

| | |
|---|---|
| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
| Sent: | Wednesday, January 04, 2012 4:39 PM |
| To: | CourtMail@nysd.uscourts.gov |
| Subject: | Activity in Case 1:10-cv-04982-AKH Audiovox Communications Corp. v. Toshiba Corporation et al Amended Answer to Complaints |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Helge, Wayne on 1/4/2012 at 4:38 PM EST and filed on 1/4/2012

| | |
|---|---|
| **Case Name:** | Audiovox Communications Corp. v. Toshiba Corporation et al |
| **Case Number:** | 1:10-cv-04982-AKH |
| **Filer:** | Pantech Co., Ltd. |
| **Document Number:** | 34 |

**Docket Text:**
**AMENDED ANSWER to [14] Amended Complaint, with JURY DEMAND., COUNTERCLAIM against Audiovox Communications Corp.. Document filed by Pantech Co., Ltd.. (Helge, Wayne)**

**1:10-cv-04982-AKH Notice has been electronically mailed to:**

Blaine Thomas Bettinger    bbettinger@bsk.com

Donald Joseph English    djenglish@duanemorris.com

George R. McGuire    gmcguire@bsk.com, jcalaprico@bsk.com

Gregory Paul Gulia    gpgulia@duanemorris.com

Michael Patrick Collins    mcollins@bsk.com, dincorvaia@bsk.com

Robert Terry Parker    tparker@duanemorris.com, nydocket@duanemorris.com

1

Vanessa C. Hew    vchew@duanemorris.com

Wayne Michael Helge    whelge@park-law.com

**1:10-cv-04982-AKH Notice has been delivered by other means to:**

Christopher William Mahoney
Duane Morris LLP (DC)
505 9th Street, NW
Suite 1000
Washington, DC 20004

Ryan Terrell Hardee
Duane Morris LLP (DC)
505 9th Street, NW
Suite 1000
Washington, DC 20004

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/4/2012] [FileNumber=9475177-0]
[30ec1f566200204c6c580c9104ebe73612307111b1b54660e5282e88d790429d5c04
6d3d7d01aebc42641bad4c786d5e8ca08d4477325e4044f9811d4a8433cc]]