USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

AUDIOVOX COMMUNICATIONS CORP.,

                    Plaintiff,

   -against-

PANTECH CO., LTD,

                    Defendant.

------------------------------------------------------------------- x

**SUMMARY ORDER**

10 Civ. 4982 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      For the reasons stated on the record during the February 2, 2012 conference, Defendant's Amended Counterclaim is dismissed and Plaintiff's Motion to Strike Affirmative Defenses, Defendant's Motion for Default Judgment on Counterclaim and Plaintiff's Motion to Set Aside Default on Counterclaim and for Leave to File Motion to Dismiss Amended Counterclaim are denied.

      Defendant must file any new counterclaim by February 17, 2012. The parties shall appear for a conference on March 3, 2012 at 10:00 a.m.

      The Clerk shall mark the motions (Doc. Nos. 31, 40 and 43) terminated.

      SO ORDERED.

Dated:    February 7, 2012
           New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge