USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/12

DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

CHRISTOPHER W. MAHONEY
DIRECT DIAL: +1 202 776 7867
PERSONAL FAX: +1 202 478 0158
E-MAIL: cmahoney@duanemorris.com

www.duanemorris.com

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

*[signature]*

Alvin K. Hellerstein, U.S.D.J.
Date: 4/17/12

April 13, 2012

**VIA FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312
Facsimile: (212) 805-7942

Re:  **Audiovox Communications Corp. v. Pantech Co., Ltd.**
     **(Civil Action No. 10 CV 04982) (AKH)**

Dear Judge Hellerstein:

We represent plaintiff Audiovox Communications Corp. in the above-captioned action. On March 2, 2012, the Court ordered that counsel for the parties appear for a status conference before the Court on May 4, 2012. Since that time, the parties have reached an agreement in principle to resolve this matter, and are presently working to finalize and reduce the terms of this agreement into a written Settlement Agreement and Mutual Release. Upon execution and performance of that written instrument, the parties intend to file a stipulation of dismissal of this matter, most likely by the middle part of May 2012.

Accordingly, we hereby request that the Court adjourn until June 8, 2012 the status conference currently set for May 4, 2012. There have been no prior requests to adjourn this status conference, counsel for defendant Pantech Co., Ltd. consents to this request, and there are no dates currently scheduled or deadlines in effect after the May 4, 2012 status conference.

DUANE MORRIS LLP

505 9TH STREET, N.W., SUITE 1000   WASHINGTON, D.C. 20004-2166        PHONE: +1 202 776 7800   FAX: +1 202 776 7801

DuaneMorris

The Honorable Alvin K. Hellerstein
April 13, 2012
Page 2


                    Thank you for your consideration.

                                        Respectfully submitted,

                                        *[signature]*

                                        Christopher W. Mahoney

CWM/tc


cc:  By facsimile – Wayne M. Helge (Counsel for Pantech Co., Ltd.)

DM2 3498881.1